## 50088. TAYLOR et al. v. SMITH et al.

STOLZ, Judge.

Plaintiff appeals the trial judge's sua sponte order adding appellee as a party defendant to the action. This factual situation and decision here are controlled by *North Carolina Nat. Bank v. Peoples Bank of LaGrange,* 127 Ga. App. 372 (193 SE2d 571), aff., 230 Ga. 389 (197 SE2d 352).

*Judgment reversed. Deen, P. J., and Evans, J., concur.*

ARGUED JANUARY 14, 1975 — DECIDED
JANUARY 30, 1975.

*McDonald, Mills & Chasteen, Ben B. Mills, Jr.,* for appellants.

*Sumner & Mitchell, Douglas W. Mitchell, III,* for appellees.